# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0219. XAVIER B., BY HIS MOTHER AND NEXT OF KIN, TAMIKA GLENN v. DEKALB COUNTY SCHOOL DISTRICT.**

On December 17, 2024, the trial court dismissed a complaint filed by Tamika Glenn against the DeKalb County School District on sovereign immunity grounds. Glenn then filed this application for discretionary appeal. In addition to challenging the dismissal order, Glenn seeks leave to appeal an order denying a motion to amend the complaint.

Based on the limited application material submitted, it appears that the trial court's order is final and that no provision of the discretionary appeal statute applies. See OCGA § 5-6-35 (a). Thus, the trial court's order may be appealed directly. See OCGA § 5-6-34 (a) (1).This Court will grant a timely discretionary application if the lower court's order is directly appealable. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Glenn shall have ten days from the date of this order to file a notice of appeal with the trial court if she has not already done so. See OCGA § 5-6-35 (g).

The trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/24/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*